IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ORIGIN GPS, LTD,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:25-CV-2596-L-BW** |
| | § | |
| **TEXAS INSTRUMENTS, INC.,** | § | |
| | § | |
| Defendant. | § | |

**ORDER**

On August 10, 2026, the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") (Doc. 31) was entered. The Report *sua sponte* recommends that the court appoint David O. Taylor as Special Master in this case pursuant to Federal Rule of Civil Procedure 53. Attached to the Report is the affidavit of Mr. Taylor, which was submitted pursuant to Rule 53. No objections to the Report were filed within 14 days after issuance of the Report, and the deadline for filing objections has expired.

Having considered the Report, file, and record in this case, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **appoints** David O. Taylor to serve as Special Master in this case pursuant to Rule 53. Instead of restating the permissible extent of Mr. Taylor's duties, communications, authority, and compensation as Special Master, and the parties' corresponding responsibility to share equally in the payment of any fees and costs incurred by Mr. Taylor and approved by the court, the undersigned **incorporates by reference**, as if repeated verbatim herein, the magistrate judge's recommendations and determines that such parameters **shall** govern the

Special Master's participation and compensation in this action, and the parties' related payment responsibilities.

**It is so ordered** this 20th day of October, 2026.

Sam A. Lindsay
United States District Judge